# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

SONIA K. SAMRA,

v.

CONSUMER SOLUTIONS GROUP, LLC,

**SUMMONS IN A CIVIL CASE**

CASE NO: 1:19−CV−01340−LJO−EPG

**SERVED**

TO: **Consumer Solutions Group, LLC**
Defendant's Address:

c/o Registered Agent
Incorp Services, Inc.
5716 Corsa Ave, Suite 110
Westlake Village, CA 91362

**YOU ARE HEREBY SUMMONED** and required to serve on

**Nicholas Michal Wajda**
**6167 Bristol Parkway**
**Suite 200**
**Culver City, CA 90230**

an answer to the complaint which is served on you with this summons, within **21** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**MARIANNE MATHERLY**
CLERK

/s/ S. Sant Agata

(By) DEPUTY CLERK



ISSUED ON 2019−09−24 15:21:51.0 , Clerk
USDC EDCA

Civil Action No. 1:19-CV-01340-LJO-EPG

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>CONSUMER SOLUTIONS GROUP, LLC</u> was received by me on *(date)* <u>Sep 27, 2019</u>.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>Jordan C.(20's, Male, Latino, 180 lbs.,6'1", Brown Hair, Brown Eyes), Processing Lead - Authorized to Accept at Incorp Servies, Inc. - Agent for Service</u>, who is designated by law to accept service of process on behalf of *(name of organization)* <u>CONSUMER SOLUTIONS GROUP, LLC</u> on *(date)* <u>Tue, Oct 01 2019 at 12:28 pm</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

I declare under penalty of perjury that this information is true.

Date: 10/02/2019

_____
*Server's signature*

Carol Ann Johnson - Process Server
_____
*Printed name and title*

4651 Brookhollow Circle, Ste. C, Riverside, CA 92509
_____
*Server's address*

Additional information regarding attempted service, etc.:
Successful Attempt: Oct 1, 2019, 12:28 pm PDT at COMPANY: 5716 CORSA AVE STE 110, WESTLAKE VILLAGE, CA 91362 received by Jordan C., Processing Lead.

Additional Documents Served:
COMPLAINT; ORDER SETTING MANDATORY SCHEDULING CONFERENCE; STANDING ORDER IN ALL CIVIL CASES ASSIGNED TO DISTRICT JUDGE LAWRENCE J. O'NEILL; NOTICE OF AVAILABILITY VOLUNTARY DISPUTE RESOLUTION; STIPULATION TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 271; NOTICE OF AVAILABILITY OF A MAGISTRATE JUDGE TO EXERCISE JURISDICTION AND APPEAL INSTRUCTIONS