1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONIA K. SAMRA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CONSUMER SOLUTIONS GROUP, LLC,<br><br>　　　　　Defendant. | Case No. 1:19-CV-01340-LJO-EPG<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND DEADLINE FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT FOR DAMAGES**<br><br>(ECF No. 6) |

　　　The Court, having considered the Joint Stipulation to Extend Deadline for Defendant to Respond to Plaintiff's Complaint for Damages (ECF No. 6), hereby enters the following order:

　　　IT IS ORDERED that Defendant's deadline to file a responsive pleading to Plaintiff's Complaint shall be extended to December 2, 2019.

IT IS SO ORDERED.

　　Dated: __**October 23, 2019**__　　　　　　　/s/ *Erica P. Grosjean*
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1