Sulaiman Law Group, Ltd.
Alejandro E. Figueroa, *Admitted Pro Hac Vice*
2500 South Highland Avenue, Suite 200
Lombard, Illinois 60148
Telephone: (630) 575-8181 ext. 120
Facsimile: (630) 575-8188
Email: alejandrof@sulaimanlaw.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONIA K. SAMRA,<br><br>   Plaintiff,<br><br>v.<br><br>CONSUMER SOLUTIONS GROUP, LLC,<br><br>   Defendant. | No. 1:19-cv-01340-LJO-EPG<br><br>**AFFIDAVIT FOR ENTRY OF DEFAULT** |

STATE OF ILLINOIS

COUNTY OF DUPAGE

I, Alejandro E. Figueroa, being duly sworn, state as follows:

1. I am the lead attorney for Plaintiff, Sonia K. Samra, in the case captioned above.

2. On October 1, 2019, Carol Ann Johnson, a process server, served Defendant's Registered Agent, Incorp Services, Inc. who is authorized to accept service on behalf of the Defendant, with a copy of Summons and Complaint. [Dkt No. 4].

3. On October 23, 2019, Defendant's counsel, Gregory R. Neidle, reached out to my office and both parties filed Stipulation to Extend Deadline for Defendant to file responsive pleading to Plaintiff's Complaint. [Dkt No. 6].

4. On the very same day, this Honorable Court extended Defendant's deadline to file a responsive pleading to the Plaintiff's Complaint to December 2, 2019.

5. To date, Defendant has not filed any responsive pleadings to Plaintiff's Complaint.

6. Defendant's deadline to file a responsive pleading to Plaintiff's Complaint has expired.

7. To the best of my knowledge, Defendant is not an infant, not in the military and not an incompetent person.

_____
Alejandro E. Figueroa, *Admitted Pro Hac Vice*
*Counsel for Plaintiff*

**SWORN TO AND SUBSCRIBED** before me this __3rd__ day of __December__, 2019.

_____
Notary

My commission expires __November 15__, 20__20__.

"OFFICIAL SEAL"
KIRAN WADIA
Notary Public, State of Illinois
My Commission Expires 11/15/2020