Sulaiman Law Group, Ltd.
Alejandro E. Figueroa, *Admitted Pro Hac Vice*
2500 South Highland Avenue, Suite 200
Lombard, Illinois 60148
Telephone: (630) 575-8181 ext. 120
Facismile: (630) 575-8188
Email: alejandrof@sulaimanlaw.com
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| SONIA K. SAMRA, <br><br> Plaintiff, <br><br> v. <br><br> CONSUMER SOLUTIONS GROUP, LLC, <br><br> Defendant. | No. 1:19-cv-01340-LJO-EPG <br><br> **PROPOSED ORDER ON MOTION FOR ENTRY OF DEFAULT** |

Plaintiff, SONIA K. SAMRA, by and through her attorneys, Sulaiman Law Group, Ltd., having filed with this Court her Motion for Entry of Default and the Court having reviewed same, hereby ORDERED:

1. An Entry of Default shall be entered against the Defendant, CONSUMER SOLUTIONS GROUP, LLC.

Dated: _____

_____
Judge, U.S. District Court

1