UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONIA K. SAMRA,<br><br>        Plaintiff,<br><br>v.<br><br>CONSUMER SOLUTIONS GROUP, LLC,<br><br>        Defendant. | Case No. 1:19-cv-01340-NONE-EPG<br><br>ORDER RE: NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE<br><br>(ECF No. 16) |

On March 4, 2020, Plaintiff, Sonia K. Samra, filed a notice of voluntary dismissal of entire action with prejudice. (ECF No. 16.) Defendants have not filed either an answer or a motion for summary judgment. Accordingly, in light of the notice, the case has ended and is dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). The Clerk of the Court is respectfully directed to close this case.

IT IS SO ORDERED.

Dated: __**March 5, 2020**__              /s/ Erica P. Grosjean
                                                          UNITED STATES MAGISTRATE JUDGE